**From:** Joshua Towns <jtowns@jabenergysolutions.com>
**Sent:** Wednesday, August 29, 2018 12:35 PM
**To:** Richard Burgo <richard@offshoretechnical.com>
**Subject:** Re: Mactech Spread

No, they can't, logistics told me they have to use the crane.


Sent via the Samsung Galaxy Note8, an AT&T 4G LTE smartphone


-------- Original message --------
From: Richard Burgo <richard@offshoretechnical.com>
Date: 8/29/18 12:32 (GMT-06:00)
To: Joshua Towns <jtowns@jabenergysolutions.com>
Subject: Mactech Spread

Josh,

This is the copy of the manifest.
5 lifts all by forklift to offload the truck.
I'm not sure if you can load the boat without the crane.


**From:** Joshua Towns <jtowns@jabenergysolutions.com>
**Sent:** Wednesday, August 29, 2018 11:00 AM
**To:** Richard Burgo <richard@offshoretechnical.com>
**Subject:** Cost

What is my cost to this point by day?

Thank you

Joshua Towns
JAB Energy Solutions L.L.C.
jtowns@jabenergysolutions.com
(979)229-9161 - Cell
(281)260-7500 - Office
(281)260-7508 - Fax

EXHIBIT - 2