N HOUSTON
TX 773
13 SEP '18
PM 1 L



02 1P        $ 000.47⁰
0001956628   SEP 13 2018
MAILED FROM ZIP CODE 77385

```
773 NFE 1    C17I0089/13/18
NOTIFY SENDER OF NEW ADDRESS
: OFFSHORE TECHNICAL SOLUTIONS
 690 S HOLLYWOOD RD
HOUMA LA 70360-1226

BC: 70360322690    *2533-05596-13-39
```

| Offshore Technical Solutio | Date: 9/13/2018 | | | No: | 1542 |
|---|---|---|---|---|---|
| Invoice | Description | Amount | Discount | | Net Amount |
| I-7532 | | 73,362.45 | 0.00 | | 73,362.45 |
| | | | | Total: | 73,362.45 |

---

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES MICROPRINTED ENDORSEMENT LINES AND ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

**JAB Energy Solutions**

19221 I-45 South, Suite 200
Shenandoah, TX 77385

No: 1542      Date: 9/13/2018

Wells Fargo Bank NA
11-24
1210

Amount: $   *********73,362.45

Seventy-Three Thousand Three Hundred Sixty-Two and 45/100 US$********************************

*SondaRobertson*

Pay to the Order of:
Offshore Technical Solutions
1345 Valhi Blvd
Houma LA 70360
USA




EXHIBIT - 3