| Invoice | Description | Amount | Discount | Net Amount |
|---|---|---|---|---|
| Offshore Technical Solutio | Date: 9/26/2019 | | No: | 4998 |
| I-7695 | | 145,100.00 | 0.00 | 145,100.00 |
| | | | Total: | 145,100.00 |

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES MICROPRINTED ENDORSEMENT LINES AND ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

**JAB Energy Solutions**

19221 I-45 South, Suite 324
Shenandoah, TX 77385

Capital One, NA

No: 4998    Date: 9/26/2019

Amount: $ ********145,100.00

One Hundred Forty-Five Thousand One Hundred and no/100 US$************************************************

*SmdeRobertson*



Pay to the Order of   Offshore Technical Solutions
690 South Hollywood Road
Houma LA 70360
USA





N HOUSTON
TX 773
24 OCT '19
PM 5 L

FIRST-CLASS

PITNEY BOWES
US POSTAGE
$ 000.50
02 1P
0001221837   OCT 23 2019
MAILED FROM ZIP CODE 77385

EXHIBIT - 4