

# OFFSHORE TECHNICAL SOLUTIONS

# Invoice    I-7851

690 South Hollywood Road
Houma, LA 70360

| | | |
|---|---|---|
| Invoice Date | | 10/31/2020 |
| Point of Contact | | Richard Burgo |
| Project No. | | 2009-1768-P6380 |

JAB Energy Solutions
19221 Interstate 45 S
Suite 324
Shenandoah, TX 77385

| Customer PO | Location | Vessel | Terms: |
|---|---|---|---|
| JAB-0708 | HI A 370-A | DB Swing Thompson | Net 45 |

| Description | Qty | U/M | Rate | Amount |
|---|---|---|---|---|
| ACU-CUT Water Abrasive Cutting System (10/24/20 - 10/26/20) (10/31/20) | 4 | day | 6,800.00 | 27,200.00 |
| Multi-string Conductor Cutting Package (10/24/20 - 10/26/20) (10/31/20) | 4 | day | 2,000.00 | 8,000.00 |
| Standby Rate on ACU-CUT Water Abrasive Cutting System (10/04/20 - 10/18/20) | 15 | day | 316.25 | 4,743.75 |
| Standby Rate on ACU-CUT Water Abrasive Cutting System (10/19/20 - 10/23/20) (10/27/20 - 10/30/20) | 9 | day | 3,520.00 | 31,680.00 |
| Personnel 24 Hour coverage (10/24/20 - 10/26/20) (10/30/20 - 10/31/20) | 5 | day | 7,100.00 | 35,500.00 |
| Diamond Wire Saw 36" (Includes HYD, Hose Reel, Control Panel, and Transport Basket) (10/31/20) | 1 | day | 1,620.00 | 1,620.00 |
| Diamond Wire Saw 30" - Backup (10/31/20) | 1 | day | 1,150.00 | 1,150.00 |
| Mobilization (10/04/20) | 1 | ea | 6,400.00 | 6,400.00 |
| Personnel Transportation (Cost + 15%) (Demob from ICY 10/26/20) | 1 | ea | 477.25 | 477.25 |
| Personnel Transportation (Cost + 15%) (Mob to ICY 10/30/20) | 1 | ea | 437.00 | 437.00 |
| Additional Equipment Mobilization (DWS Spread to ICY 10/30/20) | 1 | ea | 250.00 | 250.00 |
| Interest at 1.5% on all past due amounts | | | **Total** | $117,458.00 |

<span style="color:red">EXHIBIT - 5</span>