

**OFFSHORE TECHNICAL SOLUTIONS**

# Invoice  **I-7859**

690 South Hollywood Road
Houma, LA 70360

| Invoice Date | 11/30/2020 |
|---|---|
| Point of Contact | Richard Burgo |
| Project No. | 2009-1768-P6380 |

JAB Energy Solutions
19221 Interstate 45 S
Suite 324
Shenandoah, TX 77385

| Customer PO | Location | Vessel | Terms: |
|---|---|---|---|
| JAB-0708 | HI A 370-A | DB Swing Thompson | Net 45 |

| Description | Qty | U/M | Rate | Amount |
|---|---|---|---|---|
| ACU-CUT Water Abrasive Cutting System (11/01/20) (11/14/20 - 11/15/20) (11/26/20 - 11/28/20) | 6 | day | 6,800.00 | 40,800.00 |
| Multi-string Conductor Cutting Package (11/01/20) | 1 | day | 2,000.00 | 2,000.00 |
| Standby Rate on ACU-CUT Water Abrasive Cutting System (11/02/20 - 11/13/20) (11/22/20 - 11/25/20) (11/29/20) | 17 | day | 3,520.00 | 59,840.00 |
| Standby Rate on ACU-CUT Water Abrasive Cutting System (11/16/20 - 11/21/20) (11/30/20) | 7 | day | 316.25 | 2,213.75 |
| Personnel 24 Hour coverage (11/01/20 - 11/05/20) (11/13/20 - 11/16/20) | 9 | day | 7,100.00 | 63,900.00 |
| Personnel 24 Hour coverage (11/11/20 - 11/12/20) (11/22/20 - 11/29/20) | 10 | day | 5,200.00 | 52,000.00 |
| 36" Diamond Wire Saw Package (11/01/20 - 11/05/20) | 5 | day | 1,620.00 | 8,100.00 |
| 30" Diamond Wire Backup Saw (11/01/20 - 11/05/20) | 5 | day | 1,150.00 | 5,750.00 |
| 30" and 36" Diamond Wire Saw Packages (11/11/20 - 11/16/20) | 6 | day | 3,000.00 | 18,000.00 |
| 60" Diamond Wire Saw Package X 2 (11/22/20 - 11/28/20) | 7 | day | 3,050.00 | 21,350.00 |
| Standby Rate 60" Diamond Wire Saw Package X 2 (11/29/20 - 11/30/20) | 2 | day | 1,525.00 | 3,050.00 |
| 30" Cutting Wire Assembly (11/01/20) (11/13/20 - 11/15/20) | 5 | ea | 975.00 | 4,875.00 |
| 36" Cutting Wire Assembly (11/14/20 - 11/15/20) | 2 | ea | 1,100.00 | 2,200.00 |
| 60" Cutting Wire Assembly (11/23/20 - 11/27/20) | 7 | ea | 1,620.00 | 11,340.00 |
| Cutting Charge (Piles) (11/14/20) | 1 | ea | 550.00 | 550.00 |
| Cutting Charge - (Conductors) (11/01/20) | 2 | ea | 950.00 | 1,900.00 |
| Demobilization | 0 | ea | 9,000.00 | 0.00 |

| Interest at 1.5% on all past due amounts | **Total** |
|---|---|

EXHIBIT - 6



# Invoice   I-7859

690 South Hollywood Road
Houma, LA 70360

| Invoice Date | 11/30/2020 |
| --- | --- |
| Point of Contact | Richard Burgo |
| Project No. | 2009-1768-P6380 |

JAB Energy Solutions
19221 Interstate 45 S
Suite 324
Shenandoah, TX 77385

| Customer PO | Location | Vessel | Terms: |
| --- | --- | --- | --- |
| JAB-0708 | HI A 370-A | DB Swing Thompson | Net 45 |

| Description | Qty | U/M | Rate | Amount |
| --- | --- | --- | --- | --- |
| Personnel Transportation (Demob ICY to Houma + 2 Hour wait at dock 11/05/20) | 1 | ea | 540.00 | 540.00 |
| Personnel Transportation (Mob to ICY 11/11/20) | 1 | ea | 450.00 | 450.00 |
| Personnel Transportation (Mob to ICY 11/13/20) | 1 | ea | 450.00 | 450.00 |
| Personnel Transportation (Demob Cameron to Houma + wait at dock 11/16/20) | 1 | ea | 1,148.79 | 1,148.79 |
| Personnel Transportation (Mob to Stone Dock in Cameron from Houma Base 11/22/20) | 1 | ea | 805.00 | 805.00 |
| Personnel Mobilization (GSI tech to Cameron Dock 11/24/20) | 1 | ea | 805.00 | 805.00 |
| Personnel Transportation (Demob Cameron to Houma + 2.5hr wait at dock 11/29/20) | 1 | ea | 904.48 | 904.48 |
| Mechanical Equipment Demobilization  (DWS Spread to Broussard 11/05/20) | 1 | ea | 634.24 | 634.24 |
| Abrasive Equipment Demobilization (Damaged TDU, HRU, HPP, CRI on 11/06/20) | 1 | ea | 1,750.00 | 1,750.00 |
| Mechanical Equipment Mobilization (2 DWS Spreads to ICY on 11/11/20) | 1 | ea | 807.24 | 807.24 |
| Abrasive Equipment Mobilization (HPP, HRU, CRI on 11/13/20) | 1 | ea | 1,750.00 | 1,750.00 |
| Mechanical Equipment Demobilization (2 DWS Spreads from Cameron to Broussard on 11/17/20) | 1 | ea | 1,426.87 | 1,426.87 |
| Abrasive Equipment Demobilization (Well Cutting Eq from Cameron to Houma 11/19/20) | 1 | ea | 1,937.76 | 1,937.76 |
| Mechanical Equipment Mobilization (2 DWS Spreads 60" from Houma to Cameron 11/22/20) | 1 | ea | 2,991.23 | 2,991.23 |

| Interest at 1.5% on all past due amounts | **Total** | $314,269.36 |
| --- | --- | --- |