

# Invoice    I-7887

690 South Hollywood Road
Houma, LA 70360

| | |
|---|---|
| Invoice Date | 12/18/2020 |
| Point of Contact | Richard Burgo |
| Project No. | 2009-1768-P6380 |

JAB Energy Solutions
19221 Interstate 45 S
Suite 324
Shenandoah, TX 77385

| Customer PO | Location | Vessel | Terms: |
|---|---|---|---|
| JAB-0708 | HI A 370-A | DB Swing Thompson | Net 45 |

| Description | Qty | U/M | Rate | Amount |
|---|---|---|---|---|
| ACU-CUT Water Abrasive Cutting System (12/07/20 - 12/08/20) | 2 | day | 6,800.00 | 13,600.00 |
| Standby Rate on ACU-CUT Water Abrasive Cutting System (12/04/20 - 12/06/20) (12/09/20) | 4 | day | 3,520.00 | 14,080.00 |
| Standby Rate on ACU-CUT Water Abrasive Cutting System (12/01/20 - 12/03/20) | 3 | day | 316.25 | 948.75 |
| Personnel 24 Hour coverage (12/04/20 - 12/09/20) | 6 | day | 7,100.00 | 42,600.00 |
| 60" Diamond Wire Saw Package X 2 (12/07/20 - 12/08/20) | 2 | day | 3,050.00 | 6,100.00 |
| Standby Rate 60" Diamond Wire Saw Package X 2 (12/01/20 - 12/06/20) | 6 | day | 1,525.00 | 9,150.00 |
| 60" Diamond Wire Saw Repairs (12/01/20) | 1 | ea | 3,905.00 | 3,905.00 |
| Cutting Charge (Piles) (12/07/20) | 1 | ea | 550.00 | 550.00 |
| Demobilization (12/09/20) | 1 | ea | 9,000.00 | 9,000.00 |
| Personnel Transportation (Mob to ICY 12/04/20) | 1 | ea | 477.25 | 477.25 |
| Personnel Transportation (Demob ICY to Houma 12/09/20) | 1 | ea | 477.25 | 477.25 |
| Mechanical Equipment Demobilization (DWS Spread to Houma 12/09/20) | 1 | ea | 1,862.94 | 1,862.94 |
| Interest at 1.5% on all past due amounts | | | **Total** | **$102,751.19** |

EXHIBIT - 7