|  | State of Louisiana Secretary of State  | **COMMERCIAL DIVISION** 225.925.4704 |
|---|---|---|

Fax Numbers
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|---|---|---|---|
| ALLISON MARINE HOLDINGS, LLC | Limited Liability Company (Non-Louisiana) | WILMINGTON | Active |

**Previous Names**

**Business:** ALLISON MARINE HOLDINGS, LLC
**Charter Number:** 41181741Q
**Registration Date:** 5/21/2013

**Domicile Address**
    251 LITTLE FALLS DRIVE
    WILMINGTON, DE 19808

**Mailing Address**
    19221 I-45 SOUTH, SUITE 324
    SHENANDOAH, TX 77385

**Principal Business Office**
    19221 I-45 SOUTH, SUITE 324
    SHENANDOAH, TX 77385

**Registered Office in Louisiana**
    501 LOUISIANA AVENUE
    BATON ROUGE, LA 70802

**Principal Business Establishment in Louisiana**
    9828 HWY 182 EAST
    MORGAN CITY, LA 70380

## Status

| | |
|---|---|
| **Status:** | Active |
| **Annual Report Status:** | In Good Standing |
| **Qualified:** | 5/21/2013 |
| **Last Report Filed:** | 4/21/2020 |
| **Type:** | Limited Liability Company (Non-Louisiana) |

## Registered Agent(s)

| | |
|---|---|
| **Agent:** | CORPORATION SERVICE COMPANY |
| **Address 1:** | 501 LOUISIANA AVENUE |
| **City, State, Zip:** | BATON ROUGE, LA 70802 |

EXHIBIT - 8

| Appointment Date: | 5/21/2013 |
|---|---|

## Officer(s)

**Additional Officers:** No

| Officer: | HENRY ROBARDS |
|---|---|
| Title: | Manager |
| Address 1: | 217 TIGER LILY |
| City, State, Zip: | HOUMA, LA 70360 |

## Amendments on File (1)

| Description | Date |
|---|---|
| Foreign LLC Statement of Change | 12/28/2015 |

Print