**From:** Brent Boudreaux <bboudreaux@jabenergysolutions.com>
**Sent:** Wednesday, February 24, 2021 11:02 AM
**To:** Richard Burgo <richard@offshoretechnical.com>
**Subject:** RE: Invoices HI A 370-A

Richard
We are trying to expedite payment from BEE/BSEE.
As soon as payment is released we can begin to get vendors paid.

Thanks,

Brent Boudreaux
JAB Energy Solutions
19221 I 45 South
**Suite 324**
Shenandoah, Texas 77385
281-260-7500 office
281-204-7168 cell

**Please note we moved offices.**

**From:** Richard Burgo <richard@offshoretechnical.com>
**Sent:** Thursday, February 18, 2021 1:46 PM
**To:** Brent Boudreaux <bboudreaux@jabenergysolutions.com>
**Subject:** Invoices HI A 370-A

Brent,

I've been directed on this matter.

We've submitted three separate invoices for the work performed on the HI A 370-A removal.
Those were I-7851, I-7859, and I-7887.   The total for all three invoices is $534,478.55
I confirmed that all three invoices are in your payables to be paid.

The last invoice submitted is at 62 days outstanding.

I was hoping to get an update from you on the expected payment date for all three.

Let me know if any additional information is needed.

EXHIBIT - 9

Thanks,

**Richard Burgo**
General Manager



690 South Hollywood Rd
Houma, LA 70360
(985) 879-3212 Office
(985) 855-7780 Direct/Cell
(985) 879-3475 Fax

[website](#) | [Facebook](#)

This e-mail is confidential and is intended only for the person(s) named above. Its contents may also be protected by privilege, and all rights to privilege are expressly claimed and not waived. If you have received this e-mail in error, please call us immediately and destroy the entire e-mail. If this e-mail is not intended for you, any reading, distribution, copying, or disclosure of this e-mail is strictly prohibited.