| | |
|---|---|
| **Subject:** | Offshore Technical Solutions Inv.# I-7859 for JAB Energy Solutions PO# JAB-0708 |
| **Date:** | Wednesday, December 9, 2020 at 12:31:52 PM Central Standard Time |
| **From:** | Amy Porche |
| **To:** | invoice@jabenergysolutions.com |
| **Attachments:** | image001.jpg, image002.png, Offshore Technical Solutions Inv.# I-7859.pdf |

Please find attached Offshore Technical Solutions Inv.# I-7859 for JAB Energy Solutions PO# JAB-0708 for your processing.

Kindest Regards,

**Amy Porche**
Office Administrator



690 South Hollywood Road Houma, LA  70360
(985) 879-3212 Office
(985) 688-5800 Direct
(985) 879-3475 Fax
www.offshoretechnical.com

This e-mail is confidential and is intended only for the person(s) named above. Its contents may also be protected by privilege, and all rights to privilege are expressly claimed and not waived. If you have received this e-mail in error, please call us immediately and destroy the entire e-mail. If this e-mail is not intended for you, any reading, distribution, copying, or disclosure of this e-mail is strictly prohibited.

<span style="color:red">EXHIBIT - 10</span>