```
Received: from BYAPR17MB2712.namprd17.prod.outlook.com
(2603:10b6:a03:e1::23)
 by BN7PR17MB2194.namprd17.prod.outlook.com with HTTPS; Wed, 9 Dec
2020
 18:32:51 +0000
Received: from C01PR15CA0110.namprd15.prod.outlook.com
(2603:10b6:101:21::30)
 by BYAPR17MB2712.namprd17.prod.outlook.com (2603:10b6:a03:e1::23)
with
 Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.3632.21; Wed,
9 Dec
 2020 18:32:47 +0000
Received: from MW2NAM12FT032.eop-nam12.prod.protection.outlook.com
 (2603:10b6:101:21:cafe::a) by C01PR15CA0110.outlook.office365.com
 (2603:10b6:101:21::30) with Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.3654.12 via
Frontend
 Transport; Wed, 9 Dec 2020 18:32:47 +0000
Received: from NAM10-MW2-obe.outbound.protection.outlook.com
(52.100.157.206)
 by MW2NAM12FT032.mail.protection.outlook.com (10.13.180.225) with
Microsoft
 SMTP Server (version=TLS1_2,
cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id
 15.20.3654.10 via Frontend Transport; Wed, 9 Dec 2020 18:32:47 +0000
From: "postmaster@allisonmarine.onmicrosoft.com"
        <postmaster@allisonmarine.onmicrosoft.com>
To: Amy Porche <amy@offshoretechnical.com>
Subject: Delivered: Offshore Technical Solutions Inv.#  I-7859 for JAB
Energy
 Solutions PO# JAB-0708
Thread-Topic: Offshore Technical Solutions Inv.#  I-7859 for JAB
Energy
 Solutions PO# JAB-0708
Thread-Index: AdbOWWxVwFhXlopMTDK9QzRd7WJDbAAAEP8a
Date: Wed, 9 Dec 2020 18:32:45 +0000
Message-ID:
 <26ff0509-b489-4a36-b69f-
c0ed4b8bd8ed@CH2PR07MB6551.namprd07.prod.outlook.com>
References:

<BN7PR17MB2194926AF8D03224A5BDFC92BFCC0@BN7PR17MB2194.namprd17.prod.ou
tlook.com>
In-Reply-To:

<BN7PR17MB2194926AF8D03224A5BDFC92BFCC0@BN7PR17MB2194.namprd17.prod.ou
tlook.com>
Content-Language: en-US
X-MS-Exchange-Organization-AuthSource:
```

EXHIBIT - 11

MW2NAM12FT032.eop-nam12.prod.protection.outlook.com
X-MS-Has-Attach: yes
X-Auto-Response-Suppress: All
X-MS-Exchange-Organization-Network-Message-Id:
 7c311a03-68ca-4935-e16c-08d89c70d3ae
X-MS-TNEF-Correlator:
X-MS-Exchange-Organization-RecordReviewCfmType: 0
x-ms-publictraffictype: Email
received-spf: Pass (protection.outlook.com: domain of
 NAM10-MW2-obe.outbound.protection.outlook.com designates
52.100.157.206 as
 permitted sender) receiver=protection.outlook.com; client-
ip=52.100.157.206;
 helo=NAM10-MW2-obe.outbound.protection.outlook.com;
x-ms-exchange-organization-originalclientipaddress: 52.100.157.206
x-ms-exchange-organization-originalserveripaddress: 10.13.180.225
x-ms-exchange-organization-submissionquotaskipped: False
authentication-results: spf=pass (sender IP is 52.100.157.206)
 smtp.helo=NAM10-MW2-obe.outbound.protection.outlook.com;
 offshoretechnical.com; dkim=pass (signature was verified)
 header.d=allisonmarine.onmicrosoft.com;offshoretechnical.com;
 dmarc=bestguesspass action=none
 header.from=allisonmarine.onmicrosoft.com;compauth=pass reason=109
arc-seal: i=1; a=rsa-sha256; s=arcselector9901; d=microsoft.com;
cv=none;
 b=eKO0n+OEySs/
YnAfR7JIMMMVfiIFth0CsW8cfXMpIMzDO2MYZ6aN0Dw+qTjDVSYZCZTWfDBpD8+55uUfw1
U5sHZUNJWNM6URJPpv5Ujfjn3NwdStsHcFDqA70GpL78VWSRpU5fd73J/
tHZQfz5C7jBhyIrLMvnusyKuZYM07GTacRmPn0G1Y+AEV3R+zeDssFfi17ct8DlKx5A14Z
X+2m5Pg66x39CFnDcInwlQTer99C0ONaeOP0n/ecm/0z8dcqvQJLfYcRW/L9XRRpAWuP/
ManYaRZpRruR/RXDtQQKlgFlAakXHGKlW3zRz4fkQRi3F7pAaEE/BL2gjhlBhFqw==
arc-message-signature: i=1; a=rsa-sha256; c=relaxed/relaxed;
d=microsoft.com;
 s=arcselector9901;
 h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-
Exchange-SenderADCheck;
 bh=BXRrdEU7e0M6cc2KoiSNEh+QaDPd6aMc99E9Z0aVtwo=;
 b=M6aBdsoUN/
vD9oD30KxXIoPr2eVBpgSl0EN2Xq2QUwgUqzuz9jamIvuayii9roP560UO+1KUVY62llax
tYZtk/
CTkQGniWGylAruoLStSFlEB5gou2LGcfjuy6xW2b1kCmam2nqSAGhtNoUXNTpFV6vkVOBV
HbC99gAOxckGf00Tl6gRjgxR50YFU/TyV88AbESxx8zLuEvrlK2Qc1/
pkTtHplBSISpi6FAYNFC0t8zOR8L1mAsXkH7G23qfXmBfT/
887m3jbyR0NRVmb537QtkjkXnr0m6pishEVrZWM12Xg4zpkOaEta4geSNl5I59wY/
OQm5TOq/qi8Nb6tZdMg==
arc-authentication-results: i=1; mx.microsoft.com 1; spf=pass;
dmarc=pass
 action=none header.from=allisonmarine.onmicrosoft.com; dkim=pass
 header.d=allisonmarine.onmicrosoft.com; arc=none
dkim-signature: v=1; a=rsa-sha256; c=relaxed/relaxed;

d=allisonmarine.onmicrosoft.com; s=selector2-allisonmarine-
onmicrosoft-com;
 h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-
Exchange-SenderADCheck;
 bh=BXRrdEU7e0M6cc2KoiSNEh+QaDPd6aMc99E9Z0aVtwo=;
 b=H1jw68eTquqeJ5E/
suBh88TzIPhhVeJohsPf+72AUxnoCE6YtwQW1Wtgl3MkVVOVFb8I/6fF7fo/PzmYRYvV/
NyxxonpsqpWbb8rJ6xCQIldtRB49gTkp8J/
wbnmC7hGOX1iMAtgA0T6sJGwukSHN2Y2vA9uBZhYLOiUHjd7OB4=
x-ms-office365-filtering-correlation-id: 7c311a03-68ca-4935-
e16c-08d89c70d3ae
x-ms-traffictypediagnostic: CH2PR07MB6551:|BYAPR17MB2712:
x-microsoft-antispam-prvs:

<CH2PR07MB65514CA88D45B049F67F8D95B8CC0@CH2PR07MB6551.namprd07.prod.ou
tlook.com>
x-ms-oob-tlc-oobclassifiers: OLM:53;OLM:53;
x-forefront-antispam-report:

CIP:52.100.157.206;CTRY:US;LANG:en;SCL:1;SRV:;IPV:NLI;SFV:NSPM;H:NAM10
-MW2-obe.outbound.protection.outlook.com;PTR:mail-
mw2nam10hn2206.outbound.protection.outlook.com;CAT:NONE;SFS:
(1930700014)(83120400003)(2876002)(6506007)(6512007)(53546011)
(7636003)(19233515002)(83380400001)(42882007)(356005)(6916009)
(8676002)(336012)(30864003)(31696002)(19627235002)(6486002)(26005)
(5660300002)(8636004)(36736006)(78352004)(15843345004)(36906005)
(1096003)(956004)(66574015)(496002)(9686003)(82146005)
(299355004);DIR:INB;
x-ms-exchange-senderadcheck: 1
x-microsoft-antispam: BCL:0;
x-ms-exchange-crosstenant-network-message-id:
 7c311a03-68ca-4935-e16c-08d89c70d3ae
x-ms-exchange-crosstenant-originalarrivaltime: 09 Dec 2020
18:32:47.3329 (UTC)
x-ms-exchange-crosstenant-fromentityheader: Internet
x-ms-exchange-crosstenant-id: 1718b1dc-a2ae-409f-813f-6c1fcbed01b9
x-ms-exchange-transport-crosstenantheadersstamped: BYAPR17MB2712
x-microsoft-antispam-untrusted: BCL:0;
x-microsoft-antispam-message-info-original:
 Q7I1FtCyuNmheDgNni9UL+jWkY2XoS9B4mnf8ebNASWrOAfCl+bTADZ8S/swopDqv+
+hZ7V2oa1edhnt3zB9iKmrO8s0udi7HvBpcDhAy+Mq9naBpiM+TM6BXW2VzEWF9WMWzlhM
0MZntjIZRHujnXfKN/4uJXITFKxvr5xdfRz6JXQHElmaLent8u48C/
6PI9kRE42R0EqyVODF5sLXFujLyHkjdATA1Fug7S+7d8EmQa620Syl8V5e8dQx9sj2nYfY
tQxfTtv4v8P+D3Jsj1S4ci7cWbNyriKY6FGURTbKpQjV+xviAluUAQUh2KLRDF6Lg8wPkJ
WkSRwlcU9BJymVob2cquQS/Z7wpO2ow7RzTrbVOvxxiOjdMkC6fPD4xH/
XZnKtZspxVkR37tbDJfLYs2g2ciWOhOilKCusDFlQzC8Jod/qJpSRZF8qopqc
x-forefront-antispam-report-untrusted:

CIP:255.255.255.255;CTRY:;LANG:en;SCL:1;SRV:;IPV:NLI;SFV:NSPM;H:;PTR:;
CAT:NONE;SFS:(136003)(376002)(346002)(366004)(1930700014)(53546011)

(19627235002)(6916009)(31696002)(78352004)(78496005)(8676002)
(66946007)(15843345004)(66576008)(66574015)(83120400003)(9686003)
(2876002)(42186006)(83380400001)(508600001)(19233515002)(5660300002)
(42882007)(30864003)(2906002)(82146005)(299355004);DIR:OUT;SFP:1501;
x-eopattributedmessage: 0
x-eoptenantattributedmessage: 1718b1dc-a2ae-409f-813f-6c1fcbed01b9:0
x-ms-exchange-transport-crosstenantheadersstripped:
 MW2NAM12FT032.eop-nam12.prod.protection.outlook.com
x-ms-exchange-transport-crosstenantheaderspromoted:
 MW2NAM12FT032.eop-nam12.prod.protection.outlook.com
x-ms-exchange-transport-endtoendlatency: 00:00:04.1044217
x-ms-exchange-processed-by-bccfoldering: 15.20.3632.023
x-ms-exchange-crosstenant-authas: Anonymous
x-ms-exchange-crosstenant-authsource:
 MW2NAM12FT032.eop-nam12.prod.protection.outlook.com
X-Microsoft-Antispam-Mailbox-Delivery:
 ucf:0;jmr:0;auth:0;dest:I;ENG:(20160514016)(750128)(520011016)
(944506458)(944626604);
X-Microsoft-Antispam-Message-Info:
 =?us-ascii?Q?
KhdC7jYxmKXbxTZcJpCuN75uG2wRlEGp81+dC9R+Ic0TkSNlVhxrciM4R2kF?=
 =?us-ascii?Q?39L0ai30KxhEB8eaUfRSb/KDtJqIjU9UChRH/
7v3g97639J3BwXX8Vo6u9B2?=
 =?us-ascii?Q?
nuy0EnuByZPon7lDDCsjm+Bwmy2A2NsLyEgROeTk3maj4XoNwnEzSgAhGZ11?=
 =?us-ascii?Q?
G9sptb7+05NJdAPYPrhcQPO6Nx9XVMzH6QuVJFlkFRmjsZp2+E1lQ8DkWVc9?=
 =?us-ascii?Q?dGgDJhpMaj4mkqvK/KI80vAD6aaWtF5xoTaOGp/
UpwZcKLep4s8QHpj3SUnY?=
 =?us-ascii?Q?
f8qCgH+pj0RpSA3S6r0FjcO9YiyC5xQ1eUqNXdusDBMsznmn6ez+JaMEPkyd?=
 =?us-ascii?Q?JoRLAFVnQV/Hd2mtmaC3n4P0PJU6QihW7MEZNTe/Ak/
k+ppf+XfJ7INW1jjw?=
 =?us-ascii?Q?mOLCt0vgk+bN1ybq1dHwLIO159pEdISVauztY/oUb/
AJFvCcIpeEFfQ0uta9?=
 =?us-ascii?Q?TBh6ou2IMuasEhnT0zPuL/qCWBIb90iY4bjKhCJ6pa/
Orm33hpOQlvx777Ph?=
 =?us-ascii?Q?PNUt22BINEvTSEdOIr/
5mlKXcOokXtBG1tntDqVpRPQcp4hbLwlhAiGgN8A8?=
 =?us-ascii?Q?
239tvDN8eGk+yCNm3EKyInjGTu3K3m9CGAxsgVH6+NJXdqyYKbs5C8E0vjMf?=
 =?us-ascii?Q?1wTx5+aJ8Z7grId9CEN/
ZGfxFSDz+2sMtNhj0uW7dp3pWauNOJtBrQ+BTGss?=
 =?us-ascii?Q?
aCW1phqqvBoqjmdl3B11kIWJezUgdADZr+EQxCxgVJsmsGi1bn0CH1cxs0JE?=
 =?us-ascii?Q?b3n/
slL1Pftr+sLYZDPOXrZfy0wsuDiEDISYTN5EOoL+uL6QIfQdQakDkVKV?=
 =?us-ascii?Q?
uqBhDcVa5oofy1zX8Es0YhquQxMOnwYfH86FaXWpi23WUqWAse5PXsxDQEn2?=
 =?us-ascii?Q?wamq4jZufKd0VOSxbwVo85U3/

JWE6CHDa31UAYERFZXS6swTT30Y2FytUh8R?=
 =?us-ascii?Q?TIaszkjJJmVOQ8KGR7P5lv42ewKxS7tDzbmRVJIenC2Vz8R1t+8ww/
iat8G3?=
 =?us-ascii?Q?1M1GhO1nN7ebgwlkdVVTJKbtanEynQbUKKPi2kZKO858j0dV33Konej/
v5C4?=
 =?us-ascii?Q?luXHOjdEWbjuW/3jhbWx+V/wxHDBeEm23/
xgY0oKM1gXnIMfE4iwBlmYFIT0?=
 =?us-ascii?Q?xdfDpGKOh8N9nTzHCSHO+rEwOb1qJpAoxCZcQAfzL9q9k2gQ/
TcqeyzfIl0N?=
 =?us-ascii?Q?uU9Bpr10V2nu86p+sEhgV/
qXIWozhKwBvjOlPPiNOwjCCV6MZyvUgr7pt7v/?=
 =?us-ascii?Q?JEFBp9WQxZV/N2c4UNhfitZsMCBughsvKeqJZ/
ihkldZ1xLjo55kllMUZO2i?=
 =?us-ascii?Q?
diriD8A7POW0x2aF7Z1La+OxgNl+XsGn8h5wYH0eltGRo7w8w6thaEC6G74x?=
 =?us-ascii?Q?R+I4AY8=3D?=
Content-Type: multipart/report;

boundary="_000_26ff0509b4894a36b69fc0ed4b8bd8edCH2PR07MB6551namprd07pr
_";
        report-type=delivery-status
MIME-Version: 1.0

--_000_26ff0509b4894a36b69fc0ed4b8bd8edCH2PR07MB6551namprd07pr_
Content-Type: multipart/alternative;

boundary="_002_26ff0509b4894a36b69fc0ed4b8bd8edCH2PR07MB6551namprd07pr
_"

--_002_26ff0509b4894a36b69fc0ed4b8bd8edCH2PR07MB6551namprd07pr_
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: quoted-printable

Your message has been delivered to the following recipients:

lgreenleaf@allisonmarine.onmicrosoft.com<mailto:lgreenleaf@allisonmari
ne.on=
microsoft.com>

Subject: Offshore Technical Solutions Inv.# I-7859 for JAB Energy
Solutions=
 PO# JAB-0708


--_002_26ff0509b4894a36b69fc0ed4b8bd8edCH2PR07MB6551namprd07pr_
Content-Type: text/html; charset="us-ascii"
Content-ID:
<D00B34572FEBE74E8E23BC4993BF701C@namprd17.prod.outlook.com>
Content-Transfer-Encoding: quoted-printable

```
<html><head>
<meta http-equiv=3D"Content-Type" content=3D"text/html; charset=3Dus-
ascii"=
>
</head>
<body>
<p><b><font color=3D"#000066" size=3D"3" face=3D"Arial">Your message
has be=
en delivered to the following recipients:</font></b></p>
<font color=3D"#000000" size=3D"2" face=3D"Tahoma">
<p><a
href=3D"mailto:lgreenleaf@allisonmarine.onmicrosoft.com">lgreenleaf@a=
llisonmarine.onmicrosoft.com</a></p>
<p>Subject: Offshore Technical Solutions Inv.# I-7859 for JAB Energy
Soluti=
ons PO# JAB-0708</p>
</font>
</body>
</html>


--_002_26ff0509b4894a36b69fc0ed4b8bd8edCH2PR07MB6551namprd07pr_--

--_000_26ff0509b4894a36b69fc0ed4b8bd8edCH2PR07MB6551namprd07pr_
Content-Type: message/delivery-status

Reporting-MTA: dns; CH2PR07MB6551.namprd07.prod.outlook.com

Final-recipient: RFC822; lgreenleaf@allisonmarine.onmicrosoft.com
Action: delivered
Status: 5.4.0
X-Supplementary-Info: < #2.0.0 smtp;250 2.0.0 OK>


--_000_26ff0509b4894a36b69fc0ed4b8bd8edCH2PR07MB6551namprd07pr_
Content-Type: message/rfc822
Content-Disposition: attachment;
        creation-date="Wed, 09 Dec 2020 18:32:51 GMT";
        modification-date="Wed, 09 Dec 2020 18:32:51 GMT"

Received: from SN2PR01CA0060.prod.exchangelabs.com (2603:10b6:800::28)
by
 CH2PR07MB6551.namprd07.prod.outlook.com (2603:10b6:610:26::33) with
Microsoft
 SMTP Server (version=TLS1_2,
cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id
 15.20.3654.13; Wed, 9 Dec 2020 18:32:14 +0000
Received: from SN1NAM04FT064.eop-NAM04.prod.protection.outlook.com
 (2603:10b6:800:0:cafe::5a) by SN2PR01CA0060.outlook.office365.com
 (2603:10b6:800::28) with Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.3654.12 via
```

Frontend
 Transport; Wed, 9 Dec 2020 18:32:14 +0000
Received: from NAM02-CY1-obe.outbound.protection.outlook.com
(40.107.76.134)
 by SN1NAM04FT064.mail.protection.outlook.com (10.152.89.198) with
Microsoft
 SMTP Server (version=TLS1_2,
cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id
 15.20.3654.12 via Frontend Transport; Wed, 9 Dec 2020 18:32:13 +0000
Received: from BN7PR17MB2194.namprd17.prod.outlook.com
(2603:10b6:406:c2::22)
 by BN6PR17MB3138.namprd17.prod.outlook.com (2603:10b6:405:7d::12)
with
 Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.3632.17; Wed,
9 Dec
 2020 18:31:53 +0000
Received: from BN7PR17MB2194.namprd17.prod.outlook.com
 ([fe80::e8f8:4183:cdd6:61fa]) by
BN7PR17MB2194.namprd17.prod.outlook.com
 ([fe80::e8f8:4183:cdd6:61fa%6]) with mapi id 15.20.3632.023; Wed, 9
Dec 2020
 18:31:53 +0000
From: Amy Porche <amy@offshoretechnical.com>
To: "invoice@jabenergysolutions.com" <invoice@jabenergysolutions.com>
Subject: Offshore Technical Solutions Inv.#  I-7859 for JAB Energy
Solutions
 PO# JAB-0708
Thread-Topic: Offshore Technical Solutions Inv.#  I-7859 for JAB
Energy
 Solutions PO# JAB-0708
Thread-Index: AdbOWWxVwFhXlopMTDK9QzRd7WJDbA==
Disposition-Notification-To: Amy Porche <amy@offshoretechnical.com>
Date: Wed, 9 Dec 2020 18:31:52 +0000
Message-ID:

<BN7PR17MB2194926AF8D03224A5BDFC92BFCC0@BN7PR17MB2194.namprd17.prod.ou
tlook.com>
Accept-Language: en-US
Content-Language: en-US
X-MS-Exchange-Organization-AuthSource:
 SN1NAM04FT064.eop-NAM04.prod.protection.outlook.com
X-MS-Exchange-Organization-TransportTrafficType: Email
X-MS-Has-Attach:
X-Auto-Response-Suppress: DR, OOF, AutoReply
X-MS-Exchange-Organization-Network-Message-Id:
 89284b24-c20d-47e2-4f83-08d89c70bfc7
X-MS-Exchange-Organization-SCL: 1
X-MS-TNEF-Correlator:
X-MS-Exchange-Organization-RecordReviewCfmType: 0

```
x-ms-publictraffictype: Email
x-ms-exchange-organization-transporttraffictype: Email
received-spf: Pass (protection.outlook.com: domain of
offshoretechnical.com
 designates 40.107.76.134 as permitted sender)
 receiver=protection.outlook.com; client-ip=40.107.76.134;
 helo=NAM02-CY1-obe.outbound.protection.outlook.com;
x-ms-exchange-organization-originalclientipaddress: 40.107.76.134
x-ms-exchange-organization-originalserveripaddress: 10.152.89.198
x-originating-ip: [108.93.22.168]
authentication-results: spf=pass (sender IP is 40.107.76.134)
 smtp.mailfrom=offshoretechnical.com; jabenergysolutions.com;
dkim=pass
 (signature was verified)
 header.d=NETORG4934644.onmicrosoft.com;jabenergysolutions.com;
 dmarc=bestguesspass action=none
 header.from=offshoretechnical.com;compauth=pass reason=109
arc-seal: i=1; a=rsa-sha256; s=arcselector9901; d=microsoft.com;
cv=none;
 b=j+oWq2wjEdmvTFQ/
eb60FHQec3yzkdp1+MBympoP1VFQh0FaHATdhOQJeaIH6eLkUFbjwWUx6qyYBV/
UbSnUhSeXYd9+Pd/
2c4FHJgJTp5p51jV3ue5Bqk7vEMtlVHyzHu2WUilNhWoN9OevU4CoXY6wuUtjB9f4wbcn6
lD2kqTUZQdc7lFxvR0/2QyQ9AeMIgkOGKTLHfYQPofjl4Irf9XcdT6FbKLTwVISuYPXIay
1LSEfE0VbG/
d54euardBYXrVHY4wzTcshaRjLRORVbZsYeE9Ve5r1Zwfl4OWoNZRwLLK5hlyHL9UznCUB
gLQqD6tUf8apT3VXADo5qVyTVQ==
arc-message-signature: i=1; a=rsa-sha256; c=relaxed/relaxed;
d=microsoft.com;
 s=arcselector9901;
 h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-
Exchange-SenderADCheck;
 bh=lZGMwhFbsBT6nNVHecF/aIQDR/5E6sI4qv3ML11hjdI=;

b=mVzVCY5SdIRwC5E+j6dw61rgw6myjwhAbVQoLrZPlKTYI3xIoOdipFkLXVFNlUt3Pkij
/M8oKKAe/4FZY0gUGrjYSVxhi/
cuZCoxqx3p1nVbKJMOwAOmhZaXT6VZ8OHsuXaXoZI6Pp2Nf6RDfBXCn+e2xeUXyZZRkzWP
juQMCqNpOeTg8jqLUoxFoFFwk4tgcYrWAW0veRZ0B/
SosOEvnoEcJgmUhJXDutYvjHsRwkNAFDLZFY7A5HX10Tjc1JSnVPtnygiZ26e81vXcoQXQ
6Css+KfQO7kykhOyLfzj00k4aLXGr8CdMc5K/dGo0PlzBJakit9jznA68+NBkjJnQw==
arc-authentication-results: i=1; mx.microsoft.com 1; spf=pass
 smtp.mailfrom=offshoretechnical.com; dmarc=pass action=none
 header.from=offshoretechnical.com; dkim=pass
header.d=offshoretechnical.com;
 arc=none
dkim-signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
 d=NETORG4934644.onmicrosoft.com; s=selector2-NETORG4934644-
onmicrosoft-com;
 h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-
Exchange-SenderADCheck;
```

  bh=lZGMwhFbsBT6nNVHecF/aIQDR/5E6sI4qv3ML11hjdI=;

b=nxw13I8iHxbGScjWW+07bW9MrZSxZEUbL0NE16depm3VABPJJsPCltMiuNAXZY9P2EZ1
aVzDj3DnSu8rMhtRf8Y0Vmr1ErUrhMK9y+1jkhekOUBVu+RPaQTpgk7SdGqpV/
kbLH9EWB+Ki5BXJMQ6o5B2Y8PF9wW50n/AQuWqIt8=
x-ms-office365-filtering-correlation-id: 89284b24-
c20d-47e2-4f83-08d89c70bfc7
x-ms-traffictypediagnostic: BN6PR17MB3138:|CH2PR07MB6551:
x-microsoft-antispam-prvs:

<BN6PR17MB313830D4FF508B27D22DCB22BFCC0@BN6PR17MB3138.namprd17.prod.ou
tlook.com>
x-ms-oob-tlc-oobclassifiers: OLM:8882;OLM:8882;
x-forefront-antispam-report:

CIP:40.107.76.134;CTRY:US;LANG:en;SCL:1;SRV:;IPV:NLI;SFV:NSPM;H:NAM02-
CY1-obe.outbound.protection.outlook.com;PTR:mail-
eopbgr760134.outbound.protection.outlook.com;CAT:NONE;SFS:(7636003)
(6862004)(33656002)(1096003)(8676002)(28085005)(8636004)(55016002)
(26005)(15974865002)(86362001)(7696005)(58800400005)(21480400003)
(9686003)(52536014)(83290400002)(83280400002)(166002)(83380400001)
(36906005)(336012)(83320400002)(83300400002)(83310400002)(356005)
(5660300002)(6506007);DIR:INB;
x-ms-exchange-senderadcheck: 1
x-microsoft-antispam: BCL:0;
x-microsoft-antispam-message-info:
 =?us-ascii?Q?9R//
a65owyBgb6pTGPmBa9W0rdSFRijXPaMZj83SPTSDxJQFXEU6xgaW8hs7?=
 =?us-ascii?Q?9QJks09SFgSdvoAm5K6b/
xW4FcqmKlZoO7Rjq7W3jFB7RB39cmU4KjbnYm3C?=
 =?us-ascii?Q?DASftzGTBI7yv56iieBhh3ZBjPn42/2Cu/BBI/ux/
vgpCnc2d0V06ojOvVi7?=
 =?us-ascii?Q?
CpVzXG+Y55s03o9o2ccb6dpoNz3Yf+QKJzrLY0HHDF71RjKG8KnSu4DurQ5v?=
 =?us-ascii?Q?+jLc0LtziQ6hH+sheAAgpuN5PqgMY7zku5yEhyQxx27t2DYhWHzMFC/
qL0cg?=
 =?us-ascii?Q?
O4PsUMn+CXKREJ7hMnR4Z3YAeUbth7aHh1XpYqGkqzBUzEM5UAS6zJVTqX+o?=
 =?us-ascii?Q?32Apiw1WCADSO6hn1P9vJ4SleAqBJ/
01sMSb3FNpS1x8ONNRpNRk6tFblm0w?=
 =?us-ascii?Q?
OPt4ofBMcPjJ0gGQCmo0oWDUybtPwzIjDQTBlJX0RUIaSMbMRL0yWqNrMFvC?=
 =?us-ascii?Q?
ylBe5Tfnlmc7NVA4VhKsTPksWLoJroYm+dWYBfSEIgqRbor2susjoPjs5HWR?=
 =?us-ascii?Q?p4H714GAQTmR+zdmqAULwAZdnl63cu/
yLcRh4wVe3XTfaxLxZ0Nla0NFsCoo?=
 =?us-ascii?Q?
53qBSny00qiRVRA+0U3Lx2AuCBpAMdu1zQsD8Pd90Uyvn4YbiosLfcYGOI3k?=
 =?us-ascii?Q?
rY9BssulmJhC37congv7hlqrlSaTNVNnHCjeqGSPtDfZDmGP4/6dRKaC86qP?=

=?us-ascii?Q?
YL5vbEPqAwnIDb5fjzzd89Qpi2V9J+JshmcS9OhaATPCFsKml3ZMTFw3mvFM?=
=?us-ascii?Q?kXlpc+VGlqgoaK0aK/
gdtyL6rr5wNTM7gQ8NTiEaz7xQLUE1hWHx0QmUl9g8?=
=?us-ascii?Q?2Oqw0OK8IKczWByCjOrwqQemiz7VCG6YneUpT8pkycPczg/8uv/
6cSC4FNOP?=
=?us-ascii?Q?
jawdRhMwiegrfIlriiHpEkhr54Yaf2mpiRapczq53FdpvXvNXYqTgJ86wmYR?=
=?us-ascii?Q?
dsBcsjLQPbCDuAo8eW3aqC5d8ejnPboetJsJvfUpujM5LxIdVghUpR9o9rts?=
=?us-ascii?Q?
zw9KqtPfNbcvtGlyUifAhav7GJyP5yXvjPlkpDHaZcpvrb11OQIVqN34E87j?=
=?us-ascii?Q?YJZtN+Uc1MFaVZmxeBO7d6cHpUjtYes8JYT9Dos3Q/
nyYuPH7b6TmDCAffFo?=
=?us-ascii?Q?qRr92AMwXVY0aWspWat7KKeK6zVthHIXXgX6KTkpzP+ZNgPY52/
OlJx4opU7?=
=?us-ascii?Q?k5fM5Z3X92e7d3ka/
K+P+vmBdOw0gzhIk8fPpGRbDsnXEzJjjuxl1LZvuPdx?=
=?us-ascii?Q?Sz+B4BshsWV1TDq7tH8s+lbhnLMLvzNzQc/
NBYRSoWtrOh2QX14pLnrznkyD?=
=?us-ascii?Q?
Gza2Shcj4b8iFNlKoctatKXLSmoKYITTOJzG4jhd4cZ1bVOc6AptZTBxSRJ8?=
=?us-ascii?Q?EuRsTR82YGHO/
PAxhC5sby2JFjTctWXfGzl8Fw5xSakELWJX+w=3D=3D?=
x-ms-exchange-transport-forked: True
x-ms-exchange-crosstenant-network-message-id:
 89284b24-c20d-47e2-4f83-08d89c70bfc7
x-ms-exchange-crosstenant-originalarrivaltime: 09 Dec 2020
18:32:13.6397 (UTC)
x-ms-exchange-crosstenant-fromentityheader: Internet
x-ms-exchange-crosstenant-id: 5ad2ad8c-7114-462f-bafb-fe3ad9261ef4
x-ms-exchange-transport-crosstenantheadersstamped: CH2PR07MB6551
authentication-results-original: jabenergysolutions.com; dkim=none
(message
 not signed) header.d=none;jabenergysolutions.com; dmarc=none
action=none
 header.from=offshoretechnical.com;
x-microsoft-antispam-untrusted: BCL:0;
x-microsoft-antispam-message-info-original:
 BtBpZke58ub6G8G/
e+OfcgHEXCVVH8huQcWyeRQaJEabi+inVdJ2Hj7GU45h49LNfjg9LDTsL95o30jcM8EMOm
2y+Ui7ObGeu7zA+m1dS9uEFlhou55u9q+ua2dNYtJTaUZiOEm7ojN5Yv3Yy7ZZhEgtKq5c
P1d+pkYos3LMQzsgavvOBhfu2jGwhF5MdHuu4KL9tMvXVdH0ngpiot1e1yfM+9NA50Nkdx
BsAfyAN/iK7qEVCbNw8Q22gGYNRmOYJPQ6RADHFQbCBrdoxM1RtPrF4E3tnQ//
5j8hFARMC6C3eseDJPBRcGyIQTk3qrgvuFSYMgGXMCWcNf5nIEfaqu8doutl2X9G3vVj/
lg/u0iBtaAfUgn+/mTLE4j9NFbb/xlgD6wgNy8v44i6R3SNEw==
x-forefront-antispam-report-untrusted:

CIP:255.255.255.255;CTRY:;LANG:en;SCL:1;SRV:;IPV:NLI;SFV:NSPM;H:BN7PR1
7MB2194.namprd17.prod.outlook.com;PTR:;CAT:NONE;SFS:(346002)(136003)

(376002)(366004)(66556008)(66476007)(66946007)(64756008)(71200400001)
(83380400001)(52536014)(76116006)(166002)(86362001)(4744005)(66576008)
(8936002)(66446008)(99936003)(33656002)(55016002)(26005)(186003)
(9686003)(8676002)(508600001)(7696005)(5660300002)(6506007)(6916009)
(2906002);DIR:OUT;SFP:1102;
x-eopattributedmessage: 0
x-eoptenantattributedmessage: 5ad2ad8c-7114-462f-bafb-fe3ad9261ef4:0
x-ms-exchange-transport-crosstenantheadersstripped:
 SN1NAM04FT064.eop-NAM04.prod.protection.outlook.com
x-ms-exchange-transport-crosstenantheaderspromoted:
 SN1NAM04FT064.eop-NAM04.prod.protection.outlook.com
x-ms-office365-filtering-correlation-id-prvs:
 0ab8b0b5-7b09-41e0-3ae8-08d89c70b360
x-ms-exchange-crosstenant-authas: Anonymous
x-ms-exchange-crosstenant-authsource:
 SN1NAM04FT064.eop-NAM04.prod.protection.outlook.com
x-ms-exchange-antispam-messagedata-original:
 =?us-ascii?Q?
IJ8AaGMjTSXGNH0O+rvtx7bkuOkoAWaU8hTDjk7Mx0h8szWYCAO+DWySw2ZH?=
 =?us-ascii?Q?
zWzo1020vbllxWnDPBxPigB8hCIGU5erm50NZqdjiajrehG4N+bIqjFisYpu?=
 =?us-ascii?Q?
XIt1Dd5UlJD09SGXDmZWRWLeqNJFRQDIUJlshuLPb6t68KGL54iKEX15JeEx?=
 =?us-ascii?Q?FKORM0OEDZcc3dqwjbW//
eVFSgD8QAdQmSet+VQKDo9IhE2e0FM2QLHz/J5M?=
 =?us-ascii?Q?
Q9SyVRURJpbJYShmud2wxyPkWzKq7h30AjYnwYJR4xRhGO34iZJNIxAp4Sma?=
 =?us-ascii?Q?G82CDW3Alg3dbZq6W/
zrpUArny4wcixzMlb+WV9urT1bJe2vYWjroqrwExRg?=
 =?us-ascii?Q?1HWolZZtxF/
GzAP4DOZkJAyEfZS42weLlZ9sNEzrxRWhROFmHUE4cW4373xs?=
 =?us-ascii?Q?neGpjFz0GTS046JAX2wOG+Nn/
If9kM1VjFYkYa4+FS8F08G8A7cL0odKk1C+?=
 =?us-ascii?Q?
vSsuICSedR6AGCw64bVL1eRw1pXqLgQknfS3UzjaAi2hYRAziWFB0tkaL/qP?=
 =?us-ascii?Q?
ppNlxqEffzUSp6NjafZ5BVZPH47AJTUxOHfaHQV+WSl0H0xVWqzO0dTvVOtJ?=
 =?us-ascii?Q?1SjbSz5L/
oW502zj92oXnWuc0fT1Dx0KfznS0IS+tBpBOLmJmpHxYmlH3t7y?=
 =?us-ascii?Q?nj/8NZDsQWL7rVBkGWvGL66hIZx5i5367tLR5fKpU/
G2Wt4QCAo2r6oJfJqE?=
 =?us-ascii?Q?Q6keoIofOumFHqTT7LAgkBh3IgF7m30ucVkMOlp/
vUibF4xrxQmwoicdCde+?=
 =?us-ascii?Q?
ADQeRlAhi1p043gHWxJG0mwXns9VzOCz5J5ZMsrvnWsIGNa+b8C3NvZDuFh8?=
 =?us-ascii?Q?o7lqeSnCsGkXKyYUwM6Sm2aWTSiC/
N+ge2ACcpbUL0Te4fBpfOwpaEx+iXbu?=
 =?us-ascii?Q?
STSQ3wJhsK8lofchYDNVHjn0Id8Os2H0Ypgx127yEJ3TDQgIQFO8reF+GiNC?=
 =?us-ascii?Q?BGhOjzPxpAKVmyI0ugzRlNN7GEHEJXfB8PCdext/sAM=3D?=

x-ms-exchange-organization-originalsize: 22984001
x-ms-exchange-organization-originalarrivaltime: 09 Dec 2020
18:32:13.6397
 (UTC)
x-ms-exchange-organization-fromentityheader: Internet
x-ms-exchange-organization-messagedirectionality: Incoming
x-ms-exchange-organization-id: 5ad2ad8c-7114-462f-bafb-fe3ad9261ef4
x-ms-exchange-organization-orgeopforest: NAM04
x-ms-exchange-organization-orderedprecisionlatencyinprogress:
 LSRV=CH2PR07MB6551.namprd07.prod.outlook.com:TOTAL-HUB=19.145|
SMRE=9.886(RENV=0.215|REOD=2.806(SMRED=1.908(SMRED-Protocol
 Filter Agent=1.906))|CMSGC=6.860
 |R-CMSG=0.911(R-HS=0.900(R-HSXD=0.899)|XR-DR=0.900))|
CAT=9.378(CATOS=6.441(CATSM=6.428
 (CATSM-Pre Index Routing Agent=2.468|CATSM-RMS Attachment Decryption
 Agent=0.054|CATSM-DC Pre Content Filter Agent=3.783 |CATSM-UnJournal
 Agent=0.053|CATSM-Journal Agent=0.064))|CATRESL=0.253(CATRESLLR=0.072
 |CATRESLPR=0.179(X-CATRESLX=0.122))|CATORES=2.477(CATRS=2.476(CATRS-
DC Pre
 Content Filter Agent=0.198 |CATRS-Transport Rule
 Agent=0.808(X-ETRLD=0.120|X-ETREX=0.687)|CATRS-DLP Policy Agent=0.066
 (X-DLPLD=0.066)|CATRS-Retention Policy Agent=0.053|CATRS-DC Content
Filter
 Agent=1.024 |CATRS-Spam Filter Agent=0.237|CATRS-UnifiedGroup
 Agent=0.055))|CATORT=0.056(CATRT=0.056 (CATRT-Supervisory Review
 Agent=0.053))|CATOC=0.142(CATCM=0.142(CATCM-DC Post Content Filter
 Agent=0.140 )));2020-12-09T18:32:33.759Z
x-ms-exchange-forest-arrivalhubserver:
CH2PR07MB6551.namprd07.prod.outlook.com
x-ms-exchange-organization-expirationstarttime: 09 Dec 2020
18:32:14.0705
 (UTC)
x-ms-exchange-organization-expirationstarttimereason: OriginalSubmit
x-ms-exchange-organization-expirationinterval: 1:00:00:00.0000000
x-ms-exchange-organization-expirationintervalreason: OriginalSubmit
x-ms-exchange-organization-messagescope:
54df45fe-3105-4001-9008-1f7fd7615a71
x-ms-exchange-forest-messagescope:
54df45fe-3105-4001-9008-1f7fd7615a71
x-ms-exchange-organization-cross-premises-headers-processed:
 SN1NAM04FT064.eop-NAM04.prod.protection.outlook.com
x-ms-exchange-organization-antispam-protocolfilterhub-scancontext:
 ProtocolFilterHub:SmtpOnEndOfData;
x-ms-exchange-organization-hygienepolicy: Premium
x-ms-exchange-organization-replicationinfo:
 ReplicaId=ee10fb95-c6d9-85fa-
a5b1-07c0709cd808;ReplicatingServerFqdn=DM6PR07MB6554.namprd07.prod.ou
tlook.com
x-ms-exchange-organization-messagelatency:
 SRV=SN2PR01CA0060.prod.exchangelabs.com:TOTAL-FE=0.253|SMR-

PEN=0.106(RENV=0.104|SMRPROXY-PEN=0.000)|SMS=0.216(SMSC=0.068)
x-ms-exchange-forest-indexagent: 1 3695
x-ms-exchange-forest-emailmessagehash:
7897CA10,6C592C0F,C895E58B,A30CEF73
x-ms-exchange-forest-language: en
x-ms-exchange-organization-ispotentialintraorgmail: False
x-ms-exchange-organization-antispam-precontentfilter-policyloadtime:

MAOSUB:64;MAOSUBLOAD:52;SAORES:64;SAORESLOAD:11;SLORES:52;SLORESLOAD:5
2;
x-ms-exchange-organization-attachmentdetailsheaderstamp-success: 1.0
x-ms-exchange-organization-attachmentdetails:

0:AErrX+mcNJ8PeehJgEtcptCkd5+dIZlH1MYbxerLiD0=:U:Jpeg:aW1hZ2UwMDEuanBn
::#:False:::N:::N::N:None;1:bYmTU0CKWgq1YWA0WlGfiG7qsIHrHAFiqIB0TkYw90
0=:U:Png:aW1hZ2UwMDIucG5n::#:False:::N:::N::N:None;2:khdZ2yerw6mtIzayP
MALpi0rBCV1Vwt/
2mtgH0m2g3A=:U:Pdf:T2Zmc2hvcmUgVGVjaG5pY2FsIFNvbHV0aW9ucyBJbnYIyAgSS0
30DU5LnBkZg==::#:True:::N:::N::N:None
x-ms-exchange-organization-messagefingerprint:
 E7E662AE.2D19D529.61FF1FF3.78B1D882.2019A
x-ms-exchange-organization-urlfeaturereduction:
 26;2;0;25;0;0;0;0;21;3;1;10000000;0;0;0
x-ms-exchange-organization-persisted-urls-chunkcount: 1
x-ms-exchange-organization-persisted-urls-0:
 =?us-ascii?Q?[{"ID":1,"OU":"http://
www.offshoretechnical.com/","U":"http:?=
 =?us-ascii?Q?//www.offshoretechnical.com/","IAR":false,"LI":
{"TN":"a","IC?=
 =?us-ascii?
Q?":true,"BF":2,"SI":-1,"EndIndex":-1},"SRCI":1,"IU":null,"NU"?=
 =?us-ascii?
Q?:"www.offshoretechnical.com","UFT":"{101:\"26\",102:\"2\",10?=
 =?us-ascii?Q?
5:\"25\",108:\"3\",110:\"17\",111:\"21\",112:\"2\",114:\"17\?=
 =?us-ascii?
Q?",115:\"3\",116:\"1\",118:\"3\",119:\"17\",121:\"12\",122:\"?=
 =?us-ascii?Q?
3\",123:\"1\",125:\"3\",131:\"10000000\",135:\"F538357B,FA22?=
 =?us-ascii?Q?
8868,AA95A690,A7754E2C,55189E9D,69D6E630,FD5429ED,DB1B982A,3?=
 =?us-ascii?Q?
F988AAD,736EE201,14646B99,A6EB019A,88D95594,33F7EAB3,27F63E5?=
 =?us-ascii?Q?
A,AB00CE35\",201:\"3324\",202:\"35\",203:\"1058\",204:\"4383?=
 =?us-ascii?Q?
\",205:\"74\",206:\"2\",207:\"74\",208:\"2\",209:\"75\",210:?=
 =?us-ascii?Q?
\"2\",211:\"75\",212:\"2\",213:\"82\",214:\"2\",215:\"82\",2?=
 =?us-ascii?Q?

16:\"2\",217:\"82\",218:\"2\",219:\"0\",220:\"0\",221:\"54\"?=
=?us-ascii?
Q?,222:\"3\",223:\"54\",224:\"3\",225:\"54\",226:\"3\",227:\"5?=
=?us-ascii?Q?
4\",228:\"3\",229:\"82\",230:\"2\",231:\"85\",232:\"2\",233:?=
=?us-ascii?Q?
\"99\",234:\"2\",235:\"0\",236:\"0\",237:\"82\",238:\"2\",23?=
=?us-ascii?Q?
9:\"82\",240:\"2\",241:\"82\",242:\"2\",243:\"0\",244:\"0\",?=
=?us-ascii?Q?
245:\"96\",246:\"3\",247:\"96\",248:\"3\",249:\"0\",250:\"0\?=
=?us-ascii?Q?",251:\"0\",252:\"0\"}","DPD":
{"UF":"256","OCH":"15199243031?=
=?us-ascii?Q?
592915292","SCHM":"Http","CNT":"4","SL":"1","LOG":"1"},"PROC?=
=?us-ascii?Q?":[]}]?=
x-ms-exchange-organization-persistedurlcount: 1
x-ms-exchange-organization-antispam-precontentfilter-scancontext:
 CategorizerOnSubmitted;CategorizerOnResolved;
x-ms-exchange-organization-avscannedbyv2: Symantec;Microsoft;Command
x-ms-exchange-organization-avscancomplete: true
x-ms-exchange-organization-isanyattachmentatpsupported: true
x-ms-exchange-organization-urllogged: 1
x-ms-exchange-organization-recipient-limit-verified: True
x-ms-exchange-organization-totalrecipientcount: 4
x-ms-exchange-organization-asdirectionalitytype: 1
x-ms-exchange-organization-antispam-contentfilter-scancontext:
 CategorizerOnResolved;
x-ms-exchange-organization-antiphish-v2: SKP-DLX-BLK-NOSAVE
x-ms-exchange-organization-containsattachments: true
x-ms-exchange-organization-extractionattachmentnames: 0;1;2
x-ms-exchange-organization-extractiontags: 1IMG;2IMG;SUB64;LINK;
x-ms-exchange-organization-extractiontagsurlfound: URL
x-ms-exchange-organization-extractiontagssubject: Offshore Technical
Solutions
 Inv.# I-7859 for JAB Energy Solutions PO# JAB-0708
x-ms-exchange-organization-extractiontagsfrom: Amy Porche
 <amy@offshoretechnical.com>
x-ms-exchange-organization-extractiontagssubjectnormalized: ofshore
technlcal
 solutlons lnv l 78s9 for jab energy solutlons po jab o7o8
x-ms-exchange-organization-antispam-scancontext:
DIR:Incoming;SFV:NSPM;SKIP:0;
x-ms-exchange-organization-antispam-postcontentfilter-scancontext:
 CategorizerOnResolved;CategorizerOnRouted;CategorizerOnCategorized;
x-ms-exchange-organization-groupforkperf: VCL=0;VL=55
x-ms-exchange-organization-processed-by-gcc-journaling: Journal Agent
x-ms-exchange-organization-processed-by-journaling: Journal Agent
x-ms-exchange-organization-cross-session-cache:
02M;FVS=Filters;FSCL=1;TAP_EP=

x-ms-exchange-organization-outboundcrosstenantagentprocessed:
CH2PR07MB6551
x-ms-exchange-organization-delayanalysis-summary: Processed
x-ms-exchange-organization-targetresourceforest:
namprd07.prod.outlook.com
x-ms-exchange-organization-ffo-servicetag: NAM04B
x-ms-exchange-organization-tenantserviceprovider: FOPE
x-ms-exchange-organization-originaltenant-network-message-id:
0ab8b0b5-7b09-41e0-3ae8-08d89c70b360
x-ms-exchange-organization-originaltenant-originalarrivaltime: 09 Dec
2020
 18:31:52.7076 (UTC)
x-ms-exchange-organization-originaltenant-fromentityheader: Hosted
x-ms-exchange-organization-originaltenant-id:
 1718b1dc-a2ae-409f-813f-6c1fcbed01b9
x-ms-exchange-organization-originaltenant-mailboxtype: HOSTED
x-ms-exchange-organization-originaltenant-userprincipalname:
 9dFCEmVK++AzQVNG6FHEZ/Yqlausw13bXX/
qHZx0S8rQ3AHl4gEVCdSZRW2t3wCjuOVx4x/DaxkSGIIwNc9VT9m+OFOS7hlcG/
L8yxTNPN8=
x-ms-exchange-organization-connectingip: 40.107.76.134
x-ms-exchange-organization-connectingehlo:
 NAM02-CY1-obe.outbound.protection.outlook.com
x-ms-exchange-organization-as-lastexternalip: 40.107.76.134
x-ms-exchange-organization-originating-country: US
x-ms-exchange-organization-originalenveloperecipients:
 invoice@jabenergysolutions.com
x-ms-exchange-organization-p2senderpii:

<PII:H101(Pv+gI+mMunyWrRFXhLD61YhOEz1vXvCwWTNy3U4+71M=)>@offshoretechn
ical.com
x-ms-exchange-organization-recipientmxinfo-pfafd:
 jabenergysolutions.com#jabenergysolutions-
com.mail.protection.outlook.com
x-ms-exchange-organization-mxpointstous: true
x-ms-exchange-organization-senderrep-score: 3
x-ms-exchange-organization-senderrep-data:
 IpClassLargeGrayBest_GrayBest_SmallGrayBest
x-ms-exchange-organization-vbr-class: GrayBest
x-ms-exchange-organization-compauthres: pass
x-ms-exchange-organization-compauthreason: 109
x-ms-exchange-organization-spoofdetection-frontdoor-displaydomainname:
 offshoretechnical.com
x-ms-exchange-organization-hmatpmodel-spf: 1
x-ms-exchange-organization-hmatpmodel-recipient:

<PII:H101(EtMr6sIZL3XDPLKPjHrF+hX6b9LmB5GbB9v69LfewxE=)>@jabenergysolu
tions.com
x-ms-exchange-organization-asniplda: true
x-ms-exchange-organization-auth-dmarcstatus: Pass

x-ms-exchange-organization-verifieddkimdomainslist:
 NETORG4934644.onmicrosoft.com
x-ms-exchange-organization-boomerang-verdict: None
x-ms-exchange-organization-hmatpmodel-dkimauthstatus: 1
x-ms-exchange-organization-hmatpmodel-dmarcauthstatus: 2
x-ms-exchange-organization-cfa-useroption: 0
x-ms-exchange-organization-communicationstatesummary: NEI
x-ms-exchange-organization-firstcontactsummary:

ST=2;MRG=1;EXT=0;UN=0;ORCT=4;EV=4;FC=0;NESI=3;NES=1;ESTI=0;EST=0;INS=0
;MP=0;UD=0;QE=0;ERR=0
x-ms-exchange-organization-compauth-eop: compauth=pass reason=109
x-ms-exchange-organization-uriinbody: true
x-ms-exchange-organization-feature-long: 0 201:4354 202:699  203:1
205:66
        208:142  215:4352 220:1     221:1      223:1     227:1     235:2
236:1   238:2    239:1    240:1     241:1
        242:2    243:3    244:8     245:1      246:3     247:4     248:1
252:1   256:3    257:46   260:3     261:766
        262:17   1004:cmsenergy.com            1006:attach        1007:Latn
        1014:NETORG4934644.onmicrosoft.com
1015:offshoretechnical.com
        1020:offshoretechnical.com            1030:offshoretechnical.com
        1033:jpg,png,pdf

1034:1F934BEE@allisonmarine.onmicrosoft.com,CD8FC416@jabenergysolution
s.com,8C380C2@allison-companies.net,1F934BEE@jabenergysolutions.com
        1035:offshoretechnical.com
x-ms-exchange-organization-spamscore: 0
x-ms-exchange-organization-antispam-analystrulehits:
 (7636003)(6862004)(33656002)(1096003)(8676002)(28085005)(8636004)
(55016002)(26005)(15974865002)(86362001)(7696005)(58800400005)
(21480400003)(9686003)(52536014)(83290400002)(83280400002)(166002)
(83380400001)(36906005)(336012)(83320400002)(83300400002)(83310400002)
(356005)(5660300002)(6506007)
x-ms-exchange-forest-rulesexecuted: CH2PR07MB6551
x-ms-exchange-organization-rulesexecuted: CH2PR07MB6551
x-ms-exchange-organization-rules-execution-history:
 64bc57b2-f353-4183-9f70-af65a76a7c3a%%
%6c1fc6ea-13bd-4c70-918e-48cee67804ec
x-ms-exchange-organization-urlselected: 1
x-ms-exchange-organization-ptrdomains:
 mail-eopbgr760134.outbound.protection.outlook.com
x-ms-exchange-organization-ehloandptrdomain:
 NAM02-CY1-obe.outbound.protection.outlook.com;mail-
eopbgr760134.outbound.protection.outlook.com
x-ms-exchange-organization-urlminimumdomainage:
offshoretechnical.com#3324
x-ms-exchange-organization-replyallblocker-verdict: Allow
x-ms-exchange-organization-hdrfeaturev2:

11;0;23;4;4;20;4;4;-1;19;0;11;0;18;31;0;8;0;0;100;0;116;4;4;20;4;4;-1;
19;0;178;0;51;286;0;229;114;23;1;2;1;0;0;0;0;4;18;17;102;-1;-1
x-ms-exchange-organization-outboundhop-mailuseragent-ipaddress:
 [108.93.22.168]
x-ms-exchange-organization-outboundhop-usermbx-cpev: 10000
x-ms-exchange-organization-outboundhop-usermbx-throttlelvl: 0
x-ms-exchange-organization-outboundhop-usermbx-24hrsusalrts: 0
x-ms-exchange-organization-outboundhop-usermbx-24hrblockcnt: 0
x-ms-exchange-organization-outboundhop-usermbx-24hrmsgssent: 15
x-ms-exchange-organization-originaltenant-authas: Internal
x-ms-exchange-organization-originaltenant-authsource:
 BN7PR17MB2194.namprd17.prod.outlook.com
x-ms-exchange-organization-outboundhop-usermbx-aadobjectid:
 822c94f3-996a-483e-8f12-ccd3d0946fcc
x-ms-exchange-organization-senderrecipientcommunicationstate: NEI
x-ms-exchange-organization-attachmentdetailsinfo-chunkcount: 1
x-ms-exchange-organization-attachmentdetailsinfo-0:

[{"ID":0,"FN":"image001.jpg","FS":830,"HFH":"AErrX+mcNJ8PeehJgEtcptCkd
5+dIZlH1MYbxerLiD0=","FT":["Jpeg"],"EXT":"jpg","AF":0},
{"ID":1,"FN":"image002.png","FS":13471,"HFH":"bYmTU0CKWgq1YWA0WlGfiG7q
sIHrHAFiqIB0TkYw900=","FT":["Png"],"EXT":"png","AF":0},
{"ID":2,"FN":"Offshore
 Technical Solutions Inv.#
 I-7859.pdf","FS":16764908,"HFH":"khdZ2yerw6mtIzayPMALpi0rBCV1Vwt/
2mtgH0m2g3A=","FT":["Pdf"],"EXT":"pdf","AF":0}]
x-ms-exchange-organization-p2senderdisplaynamepii:
 H101(4BAgozSXCgBzmJR59PXTw4xj+u5T0xnfasv1w487JmA=)
x-ms-exchange-organization-outboundhop-aadsender-creationtime:
 636887220950000000
x-ms-exchange-organization-outboundhop-aadsender-passwordlastset:
 636888780108130033
x-ms-exchange-organization-outboundhop-mailuseragent-clienttype: MoMT
x-ms-exchange-organization-includeinsla:
 False:FlexTransport:EnterpriseMsgsAboveSizeThreshold
x-ms-exchange-organization-prioritization:
 2:FlexTransport:EnterpriseMsgsAboveSizeThreshold
x-ms-exchange-organization-transport-properties: DeliveryPriority=Low
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: quoted-printable
MIME-Version: 1.0


--_000_26ff0509b4894a36b69fc0ed4b8bd8edCH2PR07MB6551namprd07pr_--