```
Received: from BLAPR17MB4164.namprd17.prod.outlook.com
 (2603:10b6:208:255::8)
 by BN7PR17MB2194.namprd17.prod.outlook.com with HTTPS; Thu, 10 Dec
 2020
 14:24:48 +0000
Received: from DM6PR08CA0001.namprd08.prod.outlook.com
 (2603:10b6:5:80::14) by
 BLAPR17MB4164.namprd17.prod.outlook.com (2603:10b6:208:255::8) with
 Microsoft
 SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id
 15.20.3632.21; Thu, 10 Dec 2020 14:24:45 +0000
Received: from DM6NAM12FT006.eop-nam12.prod.protection.outlook.com
 (2603:10b6:5:80:cafe::f) by DM6PR08CA0001.outlook.office365.com
 (2603:10b6:5:80::14) with Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.3654.12 via
 Frontend
 Transport; Thu, 10 Dec 2020 14:24:45 +0000
Received: from NAM10-DM6-obe.outbound.protection.outlook.com
 (40.107.93.115)
 by DM6NAM12FT006.mail.protection.outlook.com (10.13.178.234) with
 Microsoft
 SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id
 15.20.3654.10 via Frontend Transport; Thu, 10 Dec 2020 14:24:44 +0000
Received: from BLAPR07MB7537.namprd07.prod.outlook.com
 (2603:10b6:208:29a::22)
 by MN2PR07MB7055.namprd07.prod.outlook.com (2603:10b6:208:1a2::14)
 with
 Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.3654.13; Thu,
 10 Dec
 2020 14:24:41 +0000
Received: from BLAPR07MB7537.namprd07.prod.outlook.com
 ([fe80::8139:989e:7db:af72]) by
 BLAPR07MB7537.namprd07.prod.outlook.com
 ([fe80::8139:989e:7db:af72%7]) with mapi id 15.20.3654.014; Thu, 10
 Dec 2020
 14:24:40 +0000
From: Becky Sandlin <bsandlin@jabenergysolutions.com>
To: Amy Porche <amy@offshoretechnical.com>
Subject: Read: Offshore Technical Solutions Inv.#  I-7859 for JAB
 Energy
 Solutions PO# JAB-0708
Thread-Topic: Offshore Technical Solutions Inv.#  I-7859 for JAB
 Energy
 Solutions PO# JAB-0708
Thread-Index: AdbOWWxVwFhXlopMTDK9QzRd7WJDbAApqleB
Date: Thu, 10 Dec 2020 14:24:40 +0000
Message-ID:
```

EXHIBIT - 12

```
<BLAPR07MB753712CC3D918B5A0F032278A5CB0@BLAPR07MB7537.namprd07.prod.ou
tlook.com>
In-Reply-To:

<BN7PR17MB2194926AF8D03224A5BDFC92BFCC0@BN7PR17MB2194.namprd17.prod.ou
tlook.com>
Accept-Language: en-US
Content-Language: en-US
X-MS-Exchange-Organization-AuthSource:
 DM6NAM12FT006.eop-nam12.prod.protection.outlook.com
X-MS-Has-Attach:
X-Auto-Response-Suppress: All
X-MS-Exchange-Organization-Network-Message-Id:
 e46c2db5-af89-463c-dadc-08d89d1757ab
X-MS-TNEF-Correlator:
X-MS-Exchange-Organization-RecordReviewCfmType: 0
x-ms-publictraffictype: Email
received-spf: Pass (protection.outlook.com: domain of
jabenergysolutions.com
 designates 40.107.93.115 as permitted sender)
 receiver=protection.outlook.com; client-ip=40.107.93.115;
 helo=NAM10-DM6-obe.outbound.protection.outlook.com;
x-ms-exchange-organization-originalclientipaddress: 40.107.93.115
x-ms-exchange-organization-originalserveripaddress: 10.13.178.234
x-ms-exchange-organization-submissionquotaskipped: False
x-originating-ip: [12.195.159.98]
authentication-results: spf=pass (sender IP is 40.107.93.115)
 smtp.mailfrom=jabenergysolutions.com; offshoretechnical.com;
dkim=pass
 (signature was verified)
 header.d=allisonmarine.onmicrosoft.com;offshoretechnical.com;
 dmarc=bestguesspass action=none
 header.from=jabenergysolutions.com;compauth=pass reason=109
arc-seal: i=1; a=rsa-sha256; s=arcselector9901; d=microsoft.com;
cv=none;
 b=VA/w/92Q7cCl3/bjIZfC/yG+7mivdpmL7tGmtcbVAYe/dZNRnyILfj6jwu/
KpngyodS1qfl9Odb1KCCQ/H/
RlVRySLP2kZk07SY0+xTWEgtaKANygJOmTALxsyqZWkQG4wImc3AXN3OgXtZx+P5yMiNW9
Y1FJ1f+WRTlVNjk86izsg+7ye8tlx35wLhiD5vSOfBPkDsJw97LCouZg6V8Ty/
dKadRoMoBiXFp542nPEz57s0k8WNDoj3qx017NI4g7rSqccEt/
vljDNxfUND6HEpUzjTPe9GOdsV6rRkjX7m6jGTEwlOQYc8ZEUheL0C/
vDQKPZljWkspRZ0hWCmqgg==
arc-message-signature: i=1; a=rsa-sha256; c=relaxed/relaxed;
d=microsoft.com;
 s=arcselector9901;
 h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-
Exchange-SenderADCheck;
 bh=TEh4ZdhNPjsF4NYYVq9CzSkUr3NWXLtDxvHhMvl5cro=;
 b=Vs/LQzi1HvgusEaZCdaXISDpl9a/
```

N9xLzleylYh18izq50GTGXFdyO4ckpLP0fTOvxRFGIzb2P8fkLgbTQLDzAHtLVDIbeHVEJ
a3ti4mG/R2iFg4Wq4yZGWeFRYoHq4NryMRQZcS2CSnpesVyJG/
j2QH+9V36i+y57bPJyOXJss4a7bnaq0CbnWm5QCFsb4+hgIprfecQcTAH/
J908ViLcsat6KYFs05h1bZ700djaGY5h8XzKXxEueEUKMVTu4clNHl07E9rCdkmKtX6CBG
+uqXYtU72uCHLjq6Bpwp2rrL40lRbnhcBzvn30Jl3GEh0GI8m8xS5jqEvunkREnk0g==
arc-authentication-results: i=1; mx.microsoft.com 1; spf=pass
 smtp.mailfrom=jabenergysolutions.com; dmarc=pass action=none
 header.from=jabenergysolutions.com; dkim=pass
 header.d=jabenergysolutions.com; arc=none
dkim-signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
 d=allisonmarine.onmicrosoft.com; s=selector2-allisonmarine-
onmicrosoft-com;
 h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-
Exchange-SenderADCheck;
 bh=TEh4ZdhNPjsF4NYYVq9CzSkUr3NWXLtDxvHhMvl5cro=;
 b=II7xyqbiZrFPXBT+fdXbclpNUjBrGxDe1dfB7iOvTMQXVcQn0D7oNfSD9vrm7TniCxgH
 VfA4Zir4rUM6FEFo6Zmvti2g1qyOgJJVivWtw8rAONLsQcvxTbnwRlFsqFmWhsfikjJoRj
 9l+jE978/qJM9G0scpRlkIm/0FpFGtRh4=
x-ms-office365-filtering-correlation-id: e46c2db5-af89-463c-
dadc-08d89d1757ab
x-ms-traffictypediagnostic: MN2PR07MB7055:|BLAPR17MB4164:
x-microsoft-antispam-prvs:
 <MN2PR07MB7055B3B064E71FC0B6E4FA0CA5CB0@MN2PR07MB7055.namprd07.prod.ou
tlook.com>
x-ms-oob-tlc-oobclassifiers: OLM:1728;OLM:813;
x-forefront-antispam-report:
 CIP:40.107.93.115;CTRY:US;LANG:en;SCL:1;SRV:;IPV:NLI;SFV:NSPM;H:NAM10-
DM6-obe.outbound.protection.outlook.com;PTR:mail-
dm6nam10on2115.outbound.protection.outlook.com;CAT:NONE;SFS:
(5660300002)(7696005)(2160300002)(9686003)(52536014)(336012)(8676002)
(55016002)(1096003)(58800400005)(83380400001)(83320400002)(86362001)
(33656002)(356005)(83290400002)(7636003)(83300400002)(83280400002)
(6916009)(6506007)(36906005)(26005)(8636004)(83310400002);DIR:INB;
x-ms-exchange-senderadcheck: 1
x-microsoft-antispam: BCL:0;
x-ms-exchange-transport-forked: True
x-ms-exchange-crosstenant-network-message-id:
 e46c2db5-af89-463c-dadc-08d89d1757ab
x-ms-exchange-crosstenant-originalarrivaltime: 10 Dec 2020
14:24:44.8247 (UTC)
x-ms-exchange-crosstenant-fromentityheader: Internet
x-ms-exchange-crosstenant-id: 1718b1dc-a2ae-409f-813f-6c1fcbed01b9
x-ms-exchange-transport-crosstenantheadersstamped: BLAPR17MB4164
authentication-results-original: offshoretechnical.com; dkim=none
(message not
 signed) header.d=none;offshoretechnical.com; dmarc=none action=none
 header.from=jabenergysolutions.com;

x-microsoft-antispam-untrusted: BCL:0;
x-microsoft-antispam-message-info-original:
 p5luTXSsYBJV9EompnFKRFOMXk3Qs9x98Va+GMeiJXkKJpvK592EcyQOsWEKOj9EHcCvDh
 bPF8/
 pks9necJTViia4BldbNh0DN6OGf+BmEX0M8I5aCoHnu6xcKq8lBHCo+cPKyCUbO0FD06Ru
 qyUtu2VU56cPJZ5tMvzGIwYqNbsDj0YM0yg8/Z3ZKv2l/
 FH7g6jukHKzwh1weefj3rIWMGuc6L/AKWmb5fG/hO+nSc=
x-forefront-antispam-report-untrusted:
 CIP:255.255.255.255;CTRY:;LANG:en;SCL:1;SRV:;IPV:NLI;SFV:NSPM;H:BLAPR0
 7MB7537.namprd07.prod.outlook.com;PTR:;CAT:NONE;SFS:(136003)(366004)
 (346002)(376002)(186003)(55016002)(86362001)(9686003)(66556008)
 (76116006)(66446008)(7696005)(66946007)(64756008)(66476007)(2906002)
 (33656002)(621065003)(73894004)(52536014)(26005)(8676002)(6916009)
 (6506007)(71200400001)(508600001)(8936002)
 (4270600006);DIR:OUT;SFP:1102;
x-eopattributedmessage: 0
x-eoptenantattributedmessage: 1718b1dc-a2ae-409f-813f-6c1fcbed01b9:0
x-ms-exchange-transport-crosstenantheadersstripped:
 DM6NAM12FT006.eop-nam12.prod.protection.outlook.com
x-ms-exchange-transport-crosstenantheaderspromoted:
 DM6NAM12FT006.eop-nam12.prod.protection.outlook.com
x-ms-office365-filtering-correlation-id-prvs:
 fadebbbf-3595-4c71-a192-08d89d175497
x-ms-exchange-transport-endtoendlatency: 00:00:03.2778530
x-ms-exchange-processed-by-bccfoldering: 15.20.3632.023
x-ms-exchange-crosstenant-authas: Anonymous
x-ms-exchange-crosstenant-authsource:
 DM6NAM12FT006.eop-nam12.prod.protection.outlook.com
x-ms-exchange-antispam-messagedata-original:
 =?us-ascii?Q?
 UV+5DkgsvplG4gt4Cn4d0L8HRuHFLCEuEiimDTEQvmUA4+FG9fDpKIhE5ysC?=
 =?us-ascii?Q?
 38dg3TMeCOXWKaeuND+MlrnjkAcYTdgUA9U2bRx1SD7TRdvK6tdCtf2Pisz5?=
 =?us-ascii?Q?q0I9fdetj6HELH9gn5i6q5NlYT/+PFZr/pAb/
 VQDdVG0+Zx2vmG1q012lkAF?=
 =?us-ascii?Q?IZCvMzOEyhaDwTTHx9ApdgNEMTqDmTVbTm4FYUQlQuoKvM/
 LryhgEc1V0tMT?=
 =?us-ascii?Q?lR+UuXBfNTLc4jZNMmy6W5/5flnv82844wnyxfrsetJZ/
 YBFVEjfg+XOsH5a?=
 =?us-ascii?Q?6PUtqEdK2zQxnaMxTopWkdgFTBIeq5vwKc9/
 InO5uiBoKswLxV5G3qmuGEZp?=
 =?us-ascii?Q?
 MzGM7RvZ3ZL5iVSKMEGa7zBNQx1lJaYVuKYfGJXR1eMhITRnLcrpQlNv5ksc?=
 =?us-ascii?Q?iUbh5yDjy4cCCAHRrY8Dv07/
 Z5HX6X4Efxyqk8CVFzWgyXR4KAQcH51Gd+/H?=
 =?us-ascii?Q?zageURycZgXi/S22XQ+szRF/
 fOESdukiWkYa+Nr5fYzyAtuGxkPEizr5xo/t?=
 =?us-ascii?Q?

 dkuTna3IhW9J860K8Lf+5vf7uaPwqoC+s1v81YhnvUGdxR7l94HtPU35yFgs?=
 =?us-ascii?Q?ZGh4vYIYZJF7LB0aKG9IUszmCkSTDmOtTKHkCQq8dwTc/
IOOA3DwzLfF1iCi?=
 =?us-ascii?Q?
Q+VWJEQsYcEXXurKmKAWN3skGCVRPj6o2+qrATy40SjBnALkXUmsAdFfogHM?=
 =?us-ascii?Q?CC2R6yGsT/
i5XId8ajhDRNglt7Gf8Di43mQda96WkIURY+fuVJJbXuOGyfGD?=
 =?us-ascii?Q?FOUvEb9z1DVljTMUPh5/jZHzqPff8lWMN/
khmKPaWchhiBtLgDel2mVEd0Hv?=
 =?us-ascii?Q?YDK9mvWU0z58NKeLEgsYyEicbHdP/4SGgT4amGV3YlSUgAzVDC2EKc+
+Ep+r?=
 =?us-ascii?Q?Ut7GPbkNNgBqgL0JnilZJ0RD3+nHH/
BN7guzvYUiVW0l9QY9rRgRppMwr8eG?=
 =?us-ascii?Q?pMRFa2XxnyLOPVgF9GsUwCWmlWeJNhILmfYOYUuoxyA=3D?=
X-Microsoft-Antispam-Mailbox-Delivery:
 ucf:0;jmr:0;auth:0;dest:I;ENG:(20160514016)(750128)(520011016)
(944506458)(944626604);
X-Microsoft-Antispam-Message-Info:
 =?us-ascii?Q?
YQ2E1b6Snfzaf67iXt2N+jG9Tz3yWhcV80PHM3V5+6m+AbMgxEpqN2eha5Lk?=
 =?us-ascii?Q?xDe0To7Uf15qn2Sa0sF5Nl1iQPCt9HuyCx1hcyEaeGxgFVFSwIo+
+t9yFM5i?=
 =?us-ascii?Q?hrrzIBaf+JdAI73mH9zYk8/Za9CW4mpmxCgBns/a/
XLdHOoCAg6Mlv34SgMJ?=
 =?us-ascii?Q?TEG46iu1xPTp9xRv/
l7t7rnWeeDzBnxF3aq6RJTjz51eiSj7Ae7TN4t74DE+?=
 =?us-ascii?Q?/
FEvblNEnnY7KCRXvyatICxhAcB+CG2ck09PEM9AbUQikpvBH4EAa67MF0FN?=
 =?us-ascii?Q?
edMCKpT5o7wecAsM7tb8/9Bg7+KliG4jbHmNfrfrxQN3fM0xuCBodrxyV0cI?=
 =?us-ascii?Q?5GqG1S4WJqPI3t5gzdJjKKTJZJQcECUnc8Z2nSW3cHMiK3/
DnjQi7wIFduWY?=
 =?us-ascii?Q?cgn3VUweYE0zAymn7iqQYMn7nZXTG6mf0oRxkR3A/
uesm09vv1RsM3rmme6h?=
 =?us-ascii?Q?4/IuNDRhLOj4Hij3MXjZIbiHeODgH0uMsPM/
K0+a2VzlHaGRDGET90i2bIct?=
 =?us-ascii?Q?
kyKTeF0R2Bon09Qom1m4W0S+LSp8U2ZMPgcZBWwBLvca23ShfEqMDD3qGR00?=
 =?us-ascii?Q?5i/v/RWDVHyF05KkY4supcn0WmzF/7KLuF0/+31E/
xyeldvzOzYWpmzUVSOs?=
 =?us-ascii?Q?
Fh6vUY4D2jThCkR5xsTPzzQIRk8VAoC6jVgqc3vWKUCSP5f9aFUEUfY+K06o?=
 =?us-ascii?Q?6IviXG7cdYUQhyD87UspYPVbyg9f/1LizMH6/
NGN10lPi2p7xZ4LLWfspuj9?=
 =?us-ascii?Q?
xtziYuWlWtfg3RijkYEypbKNdPN10G+wIMR8CH79w2zp7Sd72LACxwpE/RdZ?=
 =?us-ascii?Q?0ZN/uciOKX852YZwvICV4Co6VTkxwaqLNZ0J8Z+4xKQ63mpOQX5F/
BbhAP5z?=
 =?us-ascii?Q?nsA/0k1QPOX/cAiLDoC8aXRT5XFaHIGw3j2eL4f2V8QzxH4Zj/
efPcwbyhgi?=

```
 =?us-ascii?Q?
nn+PNVQtrDBsctsgQd6XTJnpfGju03ynugnjf67i1iPWB08qkUqFXI0ga5xI?=
 =?us-ascii?Q?
+Xva3nYUu42vAyvCtPjh9t2Vd9H08MlOV7wndMlGLfmwGaDKVdDQcxBPQLro?=
 =?us-ascii?Q?MD/3or274X8hX6uuQGz7seUi8zNRB9l0koWaSjIK5D0DjPCGiV3FM/8LiH21?=
 =?us-ascii?Q?H/KtNwuWym0xtCuLZToiMOGr4lm4YpZMzporyF/pNvCfW1yx5PXZ6Dbp/zDP?=
 =?us-ascii?Q?
+KMMRCrMTgSj6CL8uQ66WrEfKQIEAeWiPYLTxrnjMDXyPiKBr1QDvjAoS6Kz?=
 =?us-ascii?Q?HVBgQy4DJF8ptx+1wFuq93lPcIHGFMr3H/2luboFXQ=3D=3D?=
Content-Type: multipart/report;
 boundary="_000_BLAPR07MB753712CC3D918B5A0F032278A5CB0BLAPR07MB7537namp_";
        report-type=disposition-notification
MIME-Version: 1.0

--_000_BLAPR07MB753712CC3D918B5A0F032278A5CB0BLAPR07MB7537namp_
Content-Type: multipart/alternative;
 boundary="_002_BLAPR07MB753712CC3D918B5A0F032278A5CB0BLAPR07MB7537namp_"

--_002_BLAPR07MB753712CC3D918B5A0F032278A5CB0BLAPR07MB7537namp_
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: quoted-printable

Your message

   To: Becky Sandlin
   Subject: Offshore Technical Solutions Inv.#  I-7859 for JAB Energy Solut=
ions PO# JAB-0708
   Sent: Wednesday, December 9, 2020 12:31:52 PM (UTC-06:00) Central Time (=
US & Canada)

 was read on Thursday, December 10, 2020 8:23:52 AM (UTC-06:00) Central Tim=
e (US & Canada).

--_002_BLAPR07MB753712CC3D918B5A0F032278A5CB0BLAPR07MB7537namp_
Content-Type: text/html; charset="us-ascii"
Content-ID: <AC9B8EED1FA1CB44833EA037DCC5A2BE@namprd17.prod.outlook.com>
Content-Transfer-Encoding: quoted-printable

<html><head>
<meta http-equiv=3D"Content-Type" content=3D"text/html; charset=3Dus-
```

```
ascii"=
>
<meta name=3D"Generator" content=3D"Microsoft Exchange Server">
<!-- converted from text --><style><!-- .EmailQuote { margin-left:
1pt; pad=
ding-left: 4pt; border-left: #800000 2px solid; } --></style>
</head>
<body>
<font size=3D"2"><span style=3D"font-size:11pt;">
<div class=3D"PlainText">Your message <br>
<br>
   To: Becky Sandlin<br>
   Subject: Offshore Technical Solutions Inv.#  I-7859
for J=
AB Energy Solutions PO# JAB-0708<br>
   Sent: Wednesday, December 9, 2020 12:31:52 PM (UTC-06:00)
Cent=
ral Time (US &amp; Canada)<br>
<br>
 was read on Thursday, December 10, 2020 8:23:52 AM (UTC-06:00)
Centra=
l Time (US &amp; Canada).</div>
</span></font>
</body>
</html>

--_002_BLAPR07MB753712CC3D918B5A0F032278A5CB0BLAPR07MB7537namp_--

--_000_BLAPR07MB753712CC3D918B5A0F032278A5CB0BLAPR07MB7537namp_
Content-Type: message/disposition-notification

Final-recipient: RFC822; bsandlin@jabenergysolutions.com
Disposition: automatic-action/MDN-sent-automatically; displayed
X-MSExch-Correlation-Key: kqyFkv71TE+X73nkhz+46A==
X-Display-Name: Becky Sandlin


--_000_BLAPR07MB753712CC3D918B5A0F032278A5CB0BLAPR07MB7537namp_--
```