**Subject:**  JAB Energy Solutions Invoices - I-7851, I-7859, I-7887
**Date:**  Thursday, January 21, 2021 at 2:32:50 PM Central Standard Time
**From:**  Becky Sandlin
**To:**  Richard Burgo
**CC:**  Accounts Payable
**Attachments:** image005.jpg, image006.jpg

We have received the three invoices we spoke about.  All have been approved and posted.

I do not have any information regarding payment of these.

**Kind Regards,**

*Becky Sandlin*

**Administrative Assistant**
**JAB Energy Solutions, LLC**
**Allison Marine Holdings**
**19221 I45 South**
**Ste 324**
**Shenandoah, TX 77385**
**281-260-7500**



EXHIBIT - 13