**From:** Amy Porche <amy@offshoretechnical.com>
**Date:** April 28, 2021 at 4:41:19 PM CDT
**To:** Richard Burgo <richard@offshoretechnical.com>
**Subject: FW: Offshore Technical Solutions Inv.# I-7851 for JAB Energy PO# JAB-0708**




**Amy Porche**
Office Administrator




690 South Hollywood Road Houma, LA 70360
(985) 879-3212 Office
(985) 688-5800 Direct
(985) 879-3475 Fax

www.offshoretechnical.com


This e-mail is confidential and is intended only for the person(s) named above. Its contents may also be protected by privilege, and all rights to privilege are expressly claimed and not waived. If you have received this e-mail in error, please call us immediately and destroy the entire e-mail. If this e-mail is not intended for you, any reading, distribution, copying, or disclosure of this e-mail is strictly prohibited.

---

**From:** postmaster@allisonmarine.onmicrosoft.com <postmaster@allisonmarine.onmicrosoft.com>
**Sent:** Friday, November 6, 2020 4:48 PM
**To:** Amy Porche

EXHIBIT - 14

**Subject:** Delivered: Offshore Technical Solutions Inv.# I-7851 for JAB Energy PO# JAB-0708

## Your message has been delivered to the following recipients:

srobertson@allison-companies.net

Subject: Offshore Technical Solutions Inv.# I-7851 for JAB Energy PO# JAB-0708