# Amy Porche

| | |
|---|---|
| **From:** | Sonda Robertson <srobertson@allison-companies.net> |
| **Sent:** | Wednesday, April 28, 2021 4:47 PM |
| **To:** | Amy Porche |
| **Subject:** | RE: Offshore Technical Solutions - JAB Pass Due Account |

Amy,
I have forwarded to Brent Boudreaux for his feedback.
Regards,
Sonda

**From:** Amy Porche <amy@offshoretechnical.com>
**Sent:** Wednesday, April 28, 2021 4:45 PM
**To:** Sonda Robertson <srobertson@allison-companies.net>
**Subject:** Offshore Technical Solutions - JAB Pass Due Account
**Importance:** High

Jab Energy's account with Offshore Technical Solutions is over 90 days past due. I have included a copy of the statement for Jab Energy along with the original invoices as they were submitted for payment.
It would be greatly appreciated if we could get a status on payment of these invoices.

Kindest Regards,

**Amy Porche**
Office Administrator



690 South Hollywood Road Houma, LA 70360
(985) 879-3212 Office
(985) 688-5800 Direct
(985) 879-3475 Fax
www.offshoretechnical.com

This e-mail is confidential and is intended only for the person(s) named above. Its contents may also be protected by privilege, and all rights to privilege are expressly claimed and not waived. If you have received this e-mail in error, please call us immediately and destroy the entire e-mail. If this e-mail is not intended for you, any reading, distribution, copying, or disclosure of this e-mail is strictly prohibited.

EXHIBIT - 15